**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| USA | vs | Jose Angel Perez | No. | 01cr1782-K |
|---|---|---|---|---|
| Hon. N/A | Deputy Clerk N/A | Court Reporter N/A | | |

By order of the court, this case is to be reassigned to another District Court Judge.

Assigned to:   The Honorable Gordon Thompson

New Case #:   01cr1782-GT

**Please forward judge's court file to new assigned judge.**

Date:   October 12, 2006          Deputy:   Richard Messig